## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br>  **v.**<br><br>**ALEXANDER ELBANNA, et al.,**<br><br>    **Defendants,**<br><br>    **-and-**<br><br>**ANGELA ELBANNA,**<br><br>    **Relief Defendant.** | **Case No. 8:23-cv-01638 -JLB-AAS** |

### <u>JOINT STATUS REPORT</u>

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") files this Joint Status Report on behalf of all parties (the "Parties"), and respectfully shows the Court as follows:

1.     The Parties have reached an agreement in principle to fully resolve this matter (the "Proposed Settlement").

2.     Counsel for the SEC is in the process of submitting the Proposed Settlement terms for approval by the Commission.  This process normally takes roughly eight to twelve weeks.  Because the next eight weeks include both the

Thanksgiving and end of year holidays, however, certain weekly meetings in which the proposal must be considered will not occur every week in November and December.  The SEC thus estimates that approval of the Proposed Settlement could take a full twelve weeks, *i.e.*, until February 9, 2023.

3.      Once the Commission has approved the Proposed Settlement, the SEC will be in a position to file a motion for leave to file proposed final judgments pursuant to Local Rule 3.01(f).

4.      On November 15, 2023, the Court ordered the Parties to consult and file a joint case management report by December 4, 2023, detailing necessary discovery procedures needed and proposed schedule.

5.      In light of the fact that the Parties have reached an agreement in principle to fully settle this case, the SEC respectfully proposes that in lieu of filing a joint case management report, the SEC should plan to file a motion for leave to file proposed consent judgments in accordance with Local Rule 3.01(f) on or before February 9, 2023.

6.      Alternatively, in the unlikely event that approval by the Commission takes longer than twelve weeks and the SEC is not yet in a position to file a motion for leave to file proposed consent judgments by February 9, 2023, the SEC would instead file a further status update on or before that same date.

7.      The Parties respectfully await guidance from the Court as to whether this

proposal is acceptable.


Dated:          November 17, 2023          Respectfully submitted,


**UNITED STATES SECURITIES AND
EXCHANGE COMMISSION**

/s/_____
Anna O. Area
Trial Counsel
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C. 20549-5977
Telephone: (202) 551-6417
areaa@sec.gov

*Attorney for Plaintiff*